**WILLIAMS v. WILLIAMS**

[343 N.C. 299 (1996)]

BARBARA E. WILLIAMS v. BENNIE S. WILLIAMS

No. 539A95

(Filed 10 May 1996)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 120 N.C. App. 707, 463 S.E.2d 815 (1995), affirming the judgment of Montgomery, J., filed on 3 January 1994 in District Court, Rowan County. Heard in the Supreme Court 12 April 1996.

*Inge and Doran, P.A., by Robert L. Inge, for plaintiff-appellant.*

*Carlyle Sherrill for defendant-appellee.*

PER CURIAM.

AFFIRMED.